# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 10, 2025

*By the Court:*

| | |
|---|---|
| No. 24-3175 | MARWAN MAHAJNI,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>VU DO and SCOTT WOIDA,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00416-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper ||

Upon consideration of the **DEFENDANTS-APPELLANTS, VU DO AND SCOTT WOIDA'S MOTION FOR EXTENSION TO FILE BRIEF AND SHORT APPENDIX**, filed on January 9, 2025, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that briefing shall proceed as follows:

1. The brief and required short appendix of the appellants are due by February 20, 2025.

2. The brief of the appellee is due by March 24, 2025.

3. The reply brief of the appellants, if any, is due by April 14, 2025.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**   (form ID: **178**)