# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

February 19, 2025

*Before*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 24-3175 | MARWAN MAHAJNI,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>VU DO and SCOTT WOIDA,<br>　　　　Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 2:24-cv-00416-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper ||

The following are before the court:

1. **DEFENDANTS-APPELLANTS, VU DO AND SCOTT WOIDA'S SECOND MOTION FOR EXTENSION TO FILE BRIEF AND SHORT APPENDIX**, filed on February 12, 2025, by counsel for the appellants.

2. **PLAINTIFF-APPELLEE'S RESPONSE IN OPPOSITION TO DEFENDANTS-APPELLANTS' MOTION FOR AN INDEFINITE EXTENSION OF TIME**, filed on February 12, 2025, by counsel for the appellee.

　　**IT IS ORDERED** that the motion is **GRANTED** to the extent that proceedings in this appeal are **SUSPENDED** pending the district court's decision whether to designate its November 20, 2024, order for interlocutory appeal under 28 U.S.C. § 1292(b). Appellants shall file a status report within seven days of a decision on their request under § 1292(b), or on March 19, 2025, if the district court has not yet resolved the request.

form name: **c7_Order_3J**　　(form ID: **177**)