No. 24-3175

# THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

MARWIN MAHAJNI,
*Plaintiff-Appellee*,
v.
VU DO and SCOTT WOIDA,
*Defendants-Appellants*.

Appeal from the United States District Court for the
Eastern District of Wisconsin
Case No. 24-CV-416
The Honorable Judge Pamela Pepper

**MOTION OF PLAINTIFF-APPELLEE
FOR EXTENSION OF TIME TO FILE
APPELLEE'S BRIEF**

Imran S. Kurter
Kurter Law Offices
10012 W Capitol Drive, Suite 206
Milwaukee, WI 53222
(414) 368-8181
kurterlawwi@gmail.com

Plaintiff-Appellee, MARWIN MAHAJNI, by his attorney, Imran S. Kurter of Kurter Law Offices, moves this Court to extend the time in which to file the Plaintiff-Appellee's brief from May 28, 2025 to July 14, 2025 (45 days is Saturday, July 12), and in support thereof submits the attached declaration.

                Respectfully submitted,

                /s Imran S. Kurter
                Wisconsin State Bar No. 1096182

Imran S. Kurter
Kurter Law Offices
10012 W Capitol Drive, Suite 206
Milwaukee, WI 53222
(414) 368-8181
kurterlawwi@gmail.com

# DECLARATION

I, Imran S. Kurter, state that I am the successor counsel for the Plaintiff-Appellee, and have knowledge of the following:

1. The Plaintiff-Appellee's Brief is due May 28, 2025. This is the Plaintiff-Appellee's first request for an extension of time to file its brief. The Defendants-Appellants previously filed two requests for extensions of time to file their brief which were granted.

2. Predecessor counsel for Plaintiff-Appellee were permitted to withdraw by Order of this Court dated May 5, 2025. Plaintiff-Appellee retained the services of the Declarant's firm, Kurter Law Offices LLC by signing a retainer agreement on Thursday, May 22, 2025. While Rule 26 contemplates the filing of a motion for extension of time at least seven (7) days prior to the due date of the brief, that was literally impossible in this matter given the late withdrawal of counsel and retention of Declarant's firm less then seven (7) days prior to the due date of the brief on May 28, 2025.

3. That although a Plaintiff-Appellee ordinarily has 30 days to file their initial brief, that timeline anticipates and contemplates that the attorney(s) processing the appeal have been of counsel for enough

time to have had the opportunity to: (a) fully review all of the proceedings and filings theretofore had at the United States District Court and the Seventh Circuit Court of Appeals; (b) become well versed on the issues before this court; (c) researched how the District Court ruled on those motions; (d) reviewed the current status of the matter; (e) obtained the physical and digital files from predecessor counsel; (f) consulted with the client in person on multiple occasions; and (g) otherwise engage in activities not contemplated by the setting of a 30-day time limit for the filing of an initial brief. Consequently, Plaintiff-Appellee is making the unusual request herein for a ***45-day*** extension of time to complete his brief (which date falling on a Saturday, would be the following Monday) to July 14, 2025.

4. That counsel on May 25, 2025, sent an email to counsel for Defendants-Appellants as to whether they object to the granting of this motion for a 45-day extension, but as of the moment of preparation of this Declaration has not heard back from them.

5. Plaintiff-Appellee therefore requests that the Court extend the time in which to file the Plaintiff-Appellee's brief from May 28, 2025 to July 14, 2025.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

        Respectfully submitted,

        /s Imran S. Kurter
        Wisconsin State Bar No. 1096182

Imran S. Kurter
Kurter Law Offices
10012 W Capitol Drive, Suite 206
Milwaukee, WI 53222
(414) 368-8181
kurterlawwi@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, the foregoing **MOTION OF PLAINTIFF-APPELLEE FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF** has been electronically filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s Imran S. Kurter
Wisconsin State Bar No. 1096182

Imran S. Kurter
Kurter Law Offices
10012 W Capitol Drive, Suite 206
Milwaukee, WI 53222
(414) 368-8181
kurterlawwi@gmail.com